# United States District Court
# For The Western District of North Carolina
# Statesville Division

WILLIAM RAYENARD FULTON,

    Plaintiff(s),

vs.

FNU DANIELS, CORRECTIONAL OFFICER,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:09CV85-1-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 27, 2009, Order.

Signed: July 27, 2009

Frank G. Johns, Clerk
United States District Court